UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| ROBERT HILT, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 1:20-cv-02826-JPH-MJD |
|  | ) |  |
| R. FALCONE AUTOMOTIVE INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**ORDER OF DISMISSAL**

On March 9, 2021, Defendant filed a "Suggestion of Death," providing notice of Plaintiff's death, dkt. 25, which Plaintiff's counsel later confirmed, *see* dkt. 27. If a party to a civil action dies, the action "must be dismissed" if no motion for substitution has been "made within 90 days after service of a statement noting the death." Fed. R. Civ. P. 25(a)(1). Because that period has expired and no motion for substitution has been filed, this action is **DISMISSED without prejudice**. *See Sydow v. Weyerhaeuser Co.*, No. 14-CV-219-WMC, 2015 WL 6962698, at *1 n.2 (W.D. Wis. Nov. 10, 2015). Final judgment shall issue by separate entry.

**SO ORDERED.**

Date: 6/21/2021

                                            James Patrick Hanlon
                                            United States District Judge
                                            Southern District of Indiana

Distribution:

Justin A Allen
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. (Indianapolis)
justin.allen@ogletree.com

Bonnie L. Martin
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. (Indianapolis)
bonnie.martin@ogletree.com

Christopher S. Wolcott
WOLCOTT LAW FIRM LLC
indy2buck@hotmail.com