UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT HILT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02826-JPH-MJD |
| | ) |
| R. FALCONE AUTOMOTIVE INC., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff. This action is dismissed without prejudice.

Date: 6/21/2021

Roger A. G. Sharpe, Clerk

By: _____
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Justin A Allen
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. (Indianapolis)
justin.allen@ogletree.com

Bonnie L. Martin
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. (Indianapolis)
bonnie.martin@ogletree.com

Christopher S. Wolcott
WOLCOTT LAW FIRM LLC
indy2buck@hotmail.com